**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01497-CV

## IN RE J.H. WALKER, INC. D/B/A J.H. WALKER TRUCKING, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00661**

## ORDER

Before the Court is the unopposed motion of real parties in interest for a twenty-one day extension of time to file their response to the petition for writ of mandamus. We **GRANT** the motion. Real parties in interest shall file their response to the petition for writ of mandamus on or before August 5, 2015. No further extensions will be granted absent exigent circumstances.

/s/     DAVID L. BRIDGES
           JUSTICE